UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VOLTAGE PICTURES, LLC,

    Plaintiff,

  v.

DOES 1 - 40,

    Defendants.

Case No.  C13-0459TSZ-RSL

ORDER DENYING MOTION TO QUASH AS MOOT

       This matter comes before the Court on a letter request to quash a subpoena issued to an internet service provider in the above-captioned matter. Dkt. # 14. On May 10, 2013, the Court quashed all subpoenas issued in this action and required plaintiff to immediately notify the internet service providers that they need not respond. Because the requested relief has already been granted, the pending motion to quash is DENIED as moot.

       Dated this 17th day of May, 2013.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER DENYING MOTION
TO QUASH AS MOOT - 1